# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.  17-52498 |
| Juakita Bowens | : | Chapter 13 |
| Debtor | : | Judge John E. Hoffman, Jr. |

## DEBTOR'S MOTION TO MODIFY POST-CONFIRMATION

Debtor, by and through counsel, hereby moves to modify her Chapter 13 plan.  Debtor respectfully requests that the modification be granted for reasons more fully set forth in the Memorandum below.

Respectfully submitted,

/s/ W. Mark Jump
W. Mark Jump (0062837)
Attorney for Debtor(s)
2130 Arlington Avenue
Columbus, OH 43221
(614) 481-4480 (telephone)
(866)334.2208 (facsimile)
bankruptcycourt@jumplegal.com

## **MEMORANDUM IN SUPPORT**

On January 26, 2018, Debtor's Chapter 13 plan was confirmed. Pursuant to the Debtor's Chapter 13 plan, Debtor was required to make payments of $2,500.00 per month for twenty four (24) months, and then increase to $2,610.00 per month for the remainder of the plan. The unsecured dividend is one hundred percent (100%).

Debtor's plan is projecting to longer than the maximum sixty (60) months in violation of 11 U.S.C. § 1322(d) due to mortgage payment changes. Therefore, Debtor would like to increase her plan payment to $3,000.00 for the remainder of the plan beginning in July, 2018. The dividend paid to unsecured creditors shall remain one hundred percent (100%). This modified plan projects to complete within the next forty five (45) months.

The proposed modification will not modify the rights of the holders of unsecured claims. The proposed modification will not modify the rights of any secured claim holder.

The proposed modified plan is attached hereto and a copy of the same, together with a copy of this Motion and Memorandum of Support has been sent to the Chapter 13 Trustee, US Trustee, and holders of all claims.

**WHEREFORE**, the Debtor prays she be permitted to amend the plan to conform to the attached amended plan pursuant to 11 USC Section 1329.

/s/ W. Mark Jump
W. Mark Jump (0062837)
Attorney for Debtor(s)
2130 Arlington Avenue
Columbus, OH 43221
(614) 481-4480 (telephone)
(866)334.2208 (facsimile)
bankruptcycourt@jumplegal.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 17-52498 |
| Juakita Bowens | : | Chapter 13 |
| Debtor | : | Judge John E. Hoffman, Jr. |

## AMENDMENT TO CONFIRMED CHAPTER 13 PLAN

**Now comes the Debtor herein, to amend the plan to state:**

Debtor's plan payment shall increase to $3,000.00 per month for the remainder of the plan beginning in July, 2018. The general unsecured dividend shall remain one hundred percent (100%).

**Dated: July 25, 2018**                                    **/s/ W. Mark Jump**
                                                            **Attorney for Debtors**

### Debtor's Verification

I declare under penalty of perjury that I have read the attached amendments and that they are true and correct to the best of my knowledge, information or belief.

Date: July 25, 2018

/s/
Juakita Bowens

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:                                :         Case No.  17-52498

    Juakita Bowens                :         Chapter 13

        Debtor              :         Judge John E. Hoffman, Jr.

## NOTICE OF MOTION/OBJECTION

The Debtor has filed papers with the Court to modify her plan.  **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion/objection, then on or **before twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by ordinary U.S. Mail to 170 North High St., Columbus, OH 43215, or your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) ordinary U.S. Mail to;

W. Mark Jump, 2130 Arlington Ave, Columbus, OH 43221

Faye D. English, Chapter 13 Trustee, 10 West Broad Street, Suite 900, Columbus, Ohio 43215-3449

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further notice or hearing.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Modify was served (i) **electronically** on July 25, 2018 through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. mail** on July 25, 2018 addressed to:

See Attached Creditor Matrix

/s/ W. Mark Jump
W. Mark Jump

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:17-bk-52498<br>Southern District of Ohio<br>Columbus<br>Wed Jul 25 09:12:26 EDT 2018 | Educational Credit Management Corporation<br>P.O. Box 16408<br>St Paul, MN 55116-0408 | Exeter Finance Corporation<br>P.O. BOX 165028<br>IRVING, TX 75016-5028 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | AES/SLM Trust<br>PO BOX 61047<br>Harrisburg, PA 17106-1047 | AT&T<br>c/o ERC<br>PO BOX 57547<br>Jacksonville, FL 32241-7547 |
| Acceptance Now<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Attn: Exeter Finance Corp. Department<br>Ascension Capital Group<br>Account: XXXXX1477<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| Capital One<br>PO BOX 30285<br>Salt Lake City, UT 84130-0285 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 |
| Columbia Gas of Ohio<br>c/o Online Collections<br>PO BOX 1489<br>Winterville, NC 28590-1489 | Exeter Finance<br>Po Box 166097<br>Irving, TX 75016-6097 | Exeter Finance LLC<br>PO Box 167399<br>Irving TX 75016-7399 |
| First Premier Bank<br>601 S. Minnesota Ave.<br>Sioux Falls, SD 57104-4868 | Great Lakes Higher Education<br>PO BOX 7860<br>Madison, WI 53707-7860 | PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Penny Mac<br>PO BOX 514387<br>Los Angeles, CA 90051-4387 | PennyMac Loan Services, LLC<br>6101 Condor Drive, Suite 200<br>Moorpark CA 93021-2602 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Sprint<br>c/o Convergent Outsourcing<br>800 SW 39th St.<br>Renton, WA 98057-4975 |
| Synchrony Bank<br>c/o Cavalry Portfolio<br>500 Summit Lake Dr.<br>Valhalla, NY 10595-1340 | The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 |
| Faye D. English<br>Chapter 13 Trustee<br>10 West Broad Street<br>Suite 900<br>Columbus, OH 43215-3449 | Juakita Bowens<br>7940 Harvestmoon Dr.<br>Reynoldsburg, OH 43068-8133 | W Mark Jump<br>2130 Arlington Avenue<br>Columbus, OH 43221-4314 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Columbia Gas of Ohio
P.O. Box 117
Columbus, OH 43216

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PennyMac Loan Services, LLC

(d)Educational Credit Management Corporation
po box 16408
St. Paul, MN 55116-0408

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31